IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-cv-00608

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PIEDMONT STRUCTURAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RAI INDUSTRIAL FABRICATORS, LLC,;<br><br>Defendant and Third-Party Plaintiff,<br><br>and<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>ARCHER WESTERN CONSTRUCTION, LLC and PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,<br><br>Third-Party Defendants. | **ORDER** |

      This Matter is before the Court on Defendant / Third Party Plaintiff RAI Industrial Fabricators, LLC's Unopposed Motion to Consolidate this action (the "First Action") and another case pending in this Court, *United States of America, for the Use and Benefit of RAI Industrial Fabricators, LLC v. Travelers Casualty and Surety Company of America*, 3:19-cv-500 (the "Second Action"). For good cause shown, including that consolidation would be in the interest of judicial economy, and in the absence of any objection to the consolidation, the Court will **GRANT**

the motion and consolidate the two actions in the exercise of its discretion pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that the First Action and the Second Action are hereby consolidated, with the First Action designated as the lead case.

Signed: January 10, 2020

Kenneth D. Bell
United States District Judge